JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101
(702) 388-6336
Susan.Cushman@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00234-JAD-MDC |
| Plaintiff, | **Motion for Government Attorney Appearance Under Local Rule IA 11-3** |
| v. | |
| ANDREW JOHN THOMAS, | |
| Defendant. | |

The United States of America, by and through Assistant U.S. Attorney Susan Cushman, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Ann F. Entwistle, Senior Trial Attorney, and Charles B. Dunn, Trial Attorney, both with the Consumer Protection Branch of the Civil Division of the United States Department of Justice, be permitted to appear before this Court in the above-captioned case.

Ms. Entwistle is a member in good standing of the bar of the State of Minnesota. Mr. Dunn is a member in good standing of the bar of the State of Colorado. They are employed by the United States as attorneys, and, in the course and scope of their employment, they have occasion to appear before the Court on behalf of the United States

in connection with the above-captioned matter.

      Contact information for Ms. Entwistle and Mr. Dunn is provided below:

| | |
|---|---|
| Ann Entwistle | Charles B. Dunn |
| Senior Trial Attorney | Trial Attorney |
| U.S. Department of Justice | U.S. Department of Justice |
| Consumer Protection Branch | Consumer Protection Branch |
| P.O Box 386 | P.O Box 386 |
| Washington DC 20044 | Washington DC 20044 |
| Tel: 202-305-3630 | Tel: 202-305-7227 |
| Email: ann.f.entwistle@usdoj.gov | Email: charles.b.dunn@usdoj.gov |

Dated: October 16, 2024

                                                          Respectfully submitted,

                                                          */s/ Susan Cushman*
                                                          SUSAN CUSHMAN
                                                          Assistant United States Attorney
                                                          Chief, Criminal Division

IT IS SO ORDERED: _____
                                       HONORABLE JENNIFER A. DORSEY
                                       UNITED STATES DISTRICT JUDGE

Dated: 10/28/2024